UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YASHEKA SMITH, | : Case No. 3:17-cv-00810-JCH |
| Plaintiff, | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| SOLOMON & SOLOMON PC | : |
| Defendant. | : |
| | : |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: November 14, 2017                              Respectfully Submitted,

                                                                                             /s/Yaakov Saks
                                                                                             Yaakov Saks Esq.
                                                                                             **RC Law Group, PLLC**
                                                                                             285 Passaic Street
                                                                                             Hackensack, NJ 07601
                                                                                             ysaks@rclawgroup.com
                                                                                             Tel. 201-282-6500
                                                                                             Fax 201-282-6501
                                                                                             *Attorneys for Plaintiff*

**Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 14th day of November, 2017      Respectfully Submitted,

      */s/ Yaakov Saks*
      Yaakov Saks